IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| SERAH SKEREI,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:22-cv-00849-YY<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

Based upon the stipulation of the parties, it is hereby ordered that attorney fees in the amount of $6,363.22 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then they shall payable to Dellert Baird Law Offices, PLLC, electronically or by check, based upon Plaintiff's assignment of this fee to their attorney. Any check shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387.

IT IS SO ORDERED.

DATED this  29th  day of  August       , 2023.

          /s/ Youlee Yim You          
UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER
         [3:22-CV-849-YY]